UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Carolina Delaire,<br><br>               Plaintiff,<br>  v.<br><br>One on One Marketing, LLC d/b/a Career Institute; and DOES 1-10, inclusive,<br><br>               Defendant. | Civil Action No.: 3:13-cv-01923 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Carolina Delaire ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: March 17, 2014**

                              **Respectfully submitted,**

                              **PLAINTIFF, Carolina Delaire**

                              <u>**/s/ Sergei Lemberg**</u>

                              **Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 17, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

        By /s/ Sergei Lemberg

         Sergei Lemberg